IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:
  DOUGLAS WAYNE HOLLIFIELD
  and ANGELA KAYE HOLLIFIELD,

  Debtors.

CHAPTER 7

CASE NO. 15-40025-KKS

===============================================================

### ORDER GRANTING MOTION TO AVOID JUDGMENT LIEN (Doc. 16)

This cause having come before the Court on the Debtors' Motion to Avoid Judgment Lien (Doc. 16) of the Respondent, SunTrust Bank, and no party having filed an objection within the proscribed time period; the Court considers the matter unopposed. The judgment lien of SunTrust Mortgage, impairs the exemptions to which the Debtors would otherwise be entitled under 11 USC § 522(b) and F.S.A. Const. Art. 10, § 4, and therefore the lien should be avoided and no longer a lien against the Debtors' homestead, being the real estate known as Leon County Parcel ID no. 411631000091, commonly known as 3271 Longleaf Rd, Leon County, Florida.

It is ORDERED:

1.  The Debtors' Motion to Avoid Judgment Lien is GRANTED.

2.  The judgment lien held by SunTrust Bank, dated on or about April 12, 2013, and recorded in the same at Instrument No. 20130042351, Deed Book 4512 Page 2109 in the Public Records of Leon County, Florida, and re-recorded the same at Instrument No. 20130058062, Deed Book 4531 Page 1861 in the Public Records of Leon County, Florida, be avoided as to

the above-described property, upon the grant of the discharge of the Debtors.

DONE AND ORDERED on 17th day of March, 2015.

_____
KAREN S. SPECIE
U.S. BANKRUPTCY JUDGE

**Prepared by:**
Allen P. Turnage, Esq.
Debtors' Counsel

**Service Statement:**
Allen Turnage is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of the Order.