UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In Re:
HOLLIFIELD, DOUGLAS WAYNE
HOLLIFIELD, ANGELA KAYE

Case No 15-40025TLH4
Chapter 7

Debtor(s)
_____

**REPORD AND NOTICE OF INTENTION
TO SELL PROPERTY OF THE ESTATE TO DEBTOR**

**TO:**   Debtor(s), Creditors, and Parties in Interest:

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

> **Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you objection to the relief requested in this paper, you must file your objection with the clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the Trustee, Theresa M. Bender, P.O. Box 14557, Tallahassee, FL. 32317.**
>
> **If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of relief requested in the paper, and will proceed to consider the paper without further notice of hearing, and my grant the relief requested.**

   **NOTICE IS HEREBY GIVEN** that the Trustee intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below:

**1)**   **Description and Value of Property:**   *Interest and Non-exempt equity* in assets scheduled by the Debtor(s).
   EQUITY :
     CASH  $20
     ENVISION SVGS ACCT  $1,797  (FROZEN BY SUNTRUST JUDGMENT)
     CLOTHING  $300
     JEWELRY  $750
     2001 HARLEY DAVIDSON  $210
     2003 ACURA  $3,000
   SUB-TOTAL  $6,077.00
   6% SURCHARGE FOR TERMS-$364.62
   TOTAL-$6441.62
   12 MOS-$536.80

**2)**   **Manner of Sale:**          Private (x )*     Public Auction ( )

**3)**   **Terms of Sale:**
     a)  Purchaser(s)  HOLLIFIELD, DOUGLAS WAYNE HOLLIFIELD, ANGELA KAYE,Debtors.

    b) "As is," "where is" with no warranties expressed or implied;
This sale is subject to any scheduled, known or unknown, liens, encumbrances, and Debtor's exemptions; and the liens and/or encumbrances shall not attach to the proceeds of this sale.

    c) Assets and Terms as spelled out in the promissory note executed by Debtor(s);

    d) Selling price as negotiated between the parties and as more fully stated in executed Promissory Note held by the Trustee.

    e) All payments shall be made to **Theresa M. Bender, Trustee, P.O. Box 14557,Tallahassee, Florida 32317.**

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only.)* The Trustee will entertain any higher bids of 25% or more for the purchase of the assets of the debtor(s) which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received, with the applicable deposit) by the Trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.* Should a timely counterbid be receive; the Trustee will schedule a telephonic meeting for the sole purpose to allow the bidding parties to compete for the highest bidder. Only parties submitting a timely bid will be authorized to participate. Failure to submit a timely bid will be considered a waiver of participation in the bidding process.
.

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis of the objection. If no objection is filed, the sale described above will take place.

Date:4/2/2015                                      /s/ Theresa M. Bender
                                                          THERESA M. BENDER
                                                          CHAPTER 7 TRUSTEE
                                                          P.O. Box 14557
                                                          Tallahassee, Florida 32317
                                                          PH: 850.205.7777
                                                          FL Bar No. 0749486
                                                          Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing Report and Notice of Intention to Sell Property of the Estate has been furnished by Electronic Mail/U.S. mail to all persons on the Court's mailing matrix and Charles F. Edwards, Esq., U.S. Trustee, 110 East Park Ave., Suite 128, Tallahassee, FL. 32301.

Dated   4/2/2015                                      /s/ Theresa M. Bender

```
Label Matrix for local noticing          (p)BB AND T                                Florida Dept. of Labor/Employment Security
1129-4                                   PO BOX 1847                                c/o Florida Dept. of Revenue
Case 15-40025-KKS                        WILSON NC 27894-1847                       P.O. Box 6668
Northern District of Florida                                                        Tallahassee, FL 32314-6668
Tallahassee
Thu Apr  2 12:18:23 EDT 2015

Florida Dept. of Revenue                 FreedomRoad Financial c/o Capital Recovery-9    Internal Revenue Service
Bankruptcy Unit                          PO Box 29426                                    P.O. Box 7346
P.O. Box 6668                            Phoenix, AZ 85038-9426                          Philadelphia, PA 19101-7346
Tallahassee, FL 32314-6668


Secretary of the Treasury                U.S. Attorney (Tallahassee Office)          (p)U S SECURITIES AND EXCHANGE COMMISSION
U.S. Treasury Department                 111 N. Adams Street                         ATLANTA REG OFFICE AND REORG
15th & Pennsylvania Ave.                 Fourth Floor                                950 E PACES FERRY RD NE STE 900
Washington, DC 20220-0001                Tallahassee, FL 32301-7736                  ATLANTA GA 30326-1382


American Express                         Anesthesiology Associates of Tallahassee    Attorney General of the US
Attn:  Bankruptcy Litigation Officer     Attn: Bankruptcy Litigation Officer         950 Pennsylvania Avenue NW
PO Box 981535                            PO Box 452198                               Washington DC 20530-0001
El Paso TX 79998-1535                    Fort Lauderdale FL 33345-2198


BB&T                                     Capital One Bank (USA), N.A.                Chase
Attn: Bankruptcy Litigation Officer      Attn: Bankruptcy Litigation Officer         Attn: Bankruptcy Litigation Officer
c/o MSCR Department                      PO Box 30285                                PO Box 24696
PO Box 3307                              Salt Lake City UT 84130-0285                Columbus OH 43224-0696
Greenville SC 29602-3307


Doris Maloy, Leon County Tax Collector   Envision Credit Union                       Frank S. Shaw, III, Esq.
Attn: Tax Administration Department      Attn:  Bankruptcy Litigation Officer        3520 Thomasville Rd
Post Office Box 1835                     PO Box 5198                                 4th Floor
Tallahassee, FL 32302-1835               Tallahassee FL 32314-5198                   Tallahassee FL 32309-3478


FreedomRoad Financial                    Gill Law Firm, P.A.                         (p)INTERNAL REVENUE SERVICE
Attn: Bankruptcy Litigation Officer Attn Attn: Haleh Setayesh, Esq.                  CENTRALIZED INSOLVENCY OPERATIONS
10509 Professional Cir, Ste 202          PO Box 8288                                 PO BOX 7346
Reno NV 89521-4884                       Delray Beach FL 33482-8288                  PHILADELPHIA PA 19101-7346


Internal Revenue Service                 Nationwide Recovery Services                Royce B. Bishop, Esq.
Insolvency Unit                          Attn: Bankruptcy Litigation Officer         Gill Law Firm, PA
PO Box 7346                              545 Inman St                                1625 South Congress Ave, Ste 300
Philadelphia PA 19101-7346               Cleveland TN 37311                          Delray Beach FL 33445-6304


SunTrust Bank                            Synchrony Bank/Lowes                        Tallahassee Orthopedic Clinic
Attn: Bankruptcy Litigation Officer Attn Attn: Bankruptcy Litigation Officer         Attn: Bankruptcy Litigation Officer
1001 Seemes Ave                          PO Box 965060                               PO Box 102594
6th Floor                                Orlando FL 32896-5060                       Atlanta GA 30368-2594
Richmond VA 23224-2245


US Attorney                              United States Attorney                      United States Trustee
111 N. Adams St                          21 East Garden Street                       110 E. Park Avenue
Tallahassee FL 32301-7736                Pensacola FL 32502-5676                     Suite 128
                                                                                     Tallahassee, FL 32301-7728
```

```
Allen Turnage                      Angela Kaye Hollifield              Douglas Wayne Hollifield
Allen Turnage, P.A.                3271 Longleaf Road                  3271 Longleaf Road
P.O. Box 15219                     Tallahassee, FL 32310-6422          Tallahassee, FL 32310-6422
2344 Centerville Road, Suite 101
Tallahassee, FL 32308-4389

Theresa M. Bender
P.O. Box 14557
Tallahassee, FL 32317-4557
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BB&T Bankruptcy                    U.S. Securities & Exchange Commission    Internal Revenue Service
P O Box 1847                       Branch of Reorganization                 Attn:  Bankruptcy Specialist
Wilson, NC 27894                   3475 Lenox Rd., N.E. Suite 100           400 W. Bay St Ste 35045
                                   Atlanta, GA 30326-1323                   Jacksonville FL 32202
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Suntrust Mortgage Inc.          End of Label Matrix
                                   Mailable recipients    33
                                   Bypassed recipients     1
                                   Total                  34
```