UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In Re:

HOLLIFIELD, DOUGLAS WAYNE.
HOLLIFIELD, ANGELA KAYE

Case No: 15-40025TLH4
Chapter 7

Debtor(s)

_____

TRUSTEE'S REPORT OF SALE

THERESA M. BENDER, Chapter 7 Trustee, hereby files her Report of Sale, and states the following:

1. On April 2, 2015, the Trustee noticed her intention to sell property of the estate as described in said Notice (Doc. #36).

2. The Trustee received no objections to the sale.

3. Accordingly, the Trustee hereby acknowledges the consummation of each sale to the purchaser(s) with any and all appropriate documents having been delivered to the purchaser(s).

4. The Trustee further acknowledges that the sums of $6,441.60 have been deposited into the estate's account.

Dated this March 4, 2016.

/s/ Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
Theresa M. Bender, P.A.
Post Office Box 14557
Tallahassee, FL  32317
PH:  (850) 205-7777
Fl. Bar # 0749486
Tmbenderch7@yahoo.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Report has been furnished by the Electronic mail to: the United States Trustee; USTPRegion21.TL.ECF@usdoj.gov.

DATED:  3/4/2016                    /s/ Theresa M. Bender